No. 776. BENITO TAN CHAT ET AL. *v.* ILOILO. April 15, 1935. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Clyde Alton Dewitt* and *Eugene Arthur Perkins* for petitioners. *Messrs. Fred W. Llewellyn* and *Arthur W. Brown* for respondent.

No. 780. CHICAGO & NORTH WESTERN RAILWAY CO. *v.* STEPHENS NATIONAL BANK OF FREMONT. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Wymer Dressler, Robert D. Neely, Samuel H. Cady,* and *William T. Faricy* for petitioner. No appearance for respondent.

No. 782. ROBBINS *v.* UNIVERSITY OF SOUTHERN CALIFORNIA. April 15, 1935. Petition for writ of certiorari to the District Court of Appeal, 2nd Appellate District, of California, denied. *Mr. W. G. McAdoo* for petitioner. *Mr. A. J. Hill* for respondent.

No. 792. IRVING MILLEN *v.* CAPEN, SHERIFF; and
No. 793. MURTON MILLEN *v.* SAME. April 15, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. George Stanley Harvey* for petitioners. *Mr. Henry P. Fielding* for respondent.

No. 808. BABB, TREASURER, *v.* LOUISVILLE ET AL. April 15, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lisle A. Smith* for petitioner. *Mr. Arthur B. Bensinger* for respondents.